UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles M. McNeill, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No: 3:21-cv-1253-SAL _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| Belk, Inc., | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Belk, Inc. ("Belk"), through its counsel Christian Stegmaier and Laura R. Baer of Collins & Lacy, P.C., files this Notice of Removal in the above-captioned case to the United States District Court for the District of South Carolina, Columbia Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Defendant would respectfully show unto this Honorable Court:

1.    The above-entitled action was brought in the Richland County Court of Common Pleas by Plaintiff to recover from Defendant a judgment for actual and punitive damages for injuries that could be characterized as substantial, together with the cost and fees of this action. By virtue of these allegations, Defendant avers the jurisdictional threshold has been satisfied.

2.    Plaintiff's Complaint is silent as to the amount in controversy. Defendant is informed by Plaintiff's counsel that Plaintiff would not stipulate to the fact that damages do not exceed $75,000.00. Based upon this information, Defendant submits there is sufficient evidence that the amount in controversy exceeds the jurisdictional threshold for removal.

3.    This action was commenced by the service of a Summons and Complaint against Defendant, which was received by Defendant's agent via Certified Mail on March 29, 2021. The deadline to remove this matter is April 28, 2021.

4.      Defendant Belk, Inc. is a foreign corporation. Defendant's state of incorporation is Delaware.  Defendant's principal place of business is North Carolina. Specifically, Defendant's corporate headquarters are located in Charlotte, North Carolina.

5.      Defendant files herewith copies of all process, pleadings, and order served upon them in this action as part of this notice.

6.      Defendant will file a copy of this Notice of Removal with the Clerk of Court for Richland County, South Carolina, and will serve a copy upon counsel for Plaintiff.

WHEREFORE, Defendant Belk, Inc. prays this Honorable Court accept this Notice of Removal that is being filed and that this Honorable Court take jurisdiction of the above-entitled case and all further proceedings in said cause in the Court of Common Pleas, County of Richland, State of South Carolina be stayed.

Respectfully submitted,
COLLINS & LACY, P.C.


By:     *s/Christian Stegmaier*
        CHRISTIAN STEGMAIER
        Fed. ID No. 8007
        cstegmaier@collinsandlacy.com
        LAURA R. BAER
        Fed. ID No. 13090
        lbaer@collinsandlacy.com
        1330 Lady Street, Sixth Floor (29201)
        Post Office Box 12487
        Columbia, SC  29211
        (803) 256-2660 (main)
        (803) 771-4484 (facsimile)

        ATTORNEYS FOR DEFENDANT BELK, INC.

        **NOTICE OF REMOVAL**

Columbia, South Carolina
April 28, 2021